IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| AMANDA G. STARKS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:09-cv-00062 |
| | ) | Judge Nixon |
| v. | ) | Magistrate Judge Griffin |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Plaintiff Amanda G. Starks' Motion for Judgment on the Administrative Record ("Plaintiff's Motion") (Doc. No. 17), in response to which Defendant Michael J. Astrue, Commissioner of Social Security ("Commissioner"), filed a Motion for Judgment on the Pleadings ("Defendant's Motion") (Doc. No. 21). Plaintiff then filed a Reply brief. (Doc. No. 25.) Subsequently, Magistrate Judge Griffin issued a Report and Recommendation ("Report") (Doc. No. 26) recommending that Plaintiff's Motion should be granted, that Defendant's Motion should be denied, and that the case should be remanded for further proceedings. (*Id.* at 41.) The Report was filed on June 14, 2011, and neither party has raised any objections to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court **GRANTS** Plaintiff's Motion, **DENIES** Defendant's Motion, and **REMANDS** this case to the Commissioner for further consideration of Plaintiff's subjective complaints of pain and of her obesity as recommended by the Magistrate Judge (*see* Doc. No. 26 at 41).

It is so ORDERED.

Entered this _____ day of July, 2011.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT